# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Turner Construction Company | ) | ASBCA Nos. 60337, 60338, 60339 |
| | ) | 60340, 60341, 60342 |
| | ) | 60343, 60344, 60345 |
| | ) | 60346, 60347, 60348 |
| | ) | 60603, 60604, 60605 |
| | ) | |
| Under Contract No. W911XK-13-C-0001 | ) | |

APPEARANCES FOR THE APPELLANT:
Robert J. Symon, Esq.
Aron C. Beezley, Esq.
  Bradley Arant Boult Cummings LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:
Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Adam P. Wallace, Esq.
  Assistant District Counsel
  U.S. Army Engineer District, Detroit

## ORDER OF DISMISSAL

As a result of a Board mediation on 14-16 November 2016, the parties have settled the above-referenced appeals. Payment of the settled amount having been made, these appeals are dismissed with prejudice.

Dated: 2 May 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60337, 60338, 60339, 60340, 60341, 60342, 60343, 60344, 60345, 60346, 60347, 60348, 60603, 60604, 60605, Appeals of Turner Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2